# OFFICE OF ATTORNEY ETHICS
## OF  THE
## SUPREME COURT OF NEW JERSEY

**CHARLES CENTINARO**
*Director*

P.O. BOX 963
TRENTON, NEW JERSEY 08625
Phone: 609-530-4008
Fax:   609-530-5238

OFFICE OF DIRECTOR

July 14, 2009

*Sent via fax and regular mail*
*973-645-2558*

**Honorable Jose L. Linares, U.S.D.J.**
Martin Luther King, Jr., Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07101

                Re:  **United States v. Daniel Ellis**
                     **Criminal No. 04-882 (JLL)**

Dear Judge Linares:

      In connection with above-captioned matter, the Office of Attorney Ethics has requested from Mr. Ellis a copy of his Pre-Sentence Investigation Report (PSR) and sentencing memorandum in order to complete our ethics investigation. We were advised that based on disclosure policies, permission by the sentencing Judge is required.

      Attached to this letter is correspondence from Mr. Ellis indicating his consent. On behalf of the New Jersey Supreme Court, Office of Attorney Ethics, I would respectfully request that Your Honor notify counsel that they are authorized to release Mr. Ellis's PSR, and any sentencing memorandum filed in connection with his case, to our office.

      Should you have any questions or concerns, please contact me on my direct line at 609-530-5790.

                                                  Very truly yours,

                                                  Julie K. Bakle
                                                  Investigator

                                                                    **SO ORDERED**
                                                                    **DATED:** 7/14/09

c:    Donna D. Gallucio, AUSA *(sent via fax and regular mail 973-645-3497)*
      Cathy L. Waldor, Esq. *(sent via fax and regular mail 732-528-3399)*