PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Daniel Ellis                                  Cr.: 2:04CR00882-001
                                                                PACTS #: 40834

Name of Sentencing Judicial Officer: Honorable Jose L. Linares,
                                     United States District Court Judge

Date of Original Sentence: December 22, 2008

Original Offense: Conspiracy to defraud the United States and Bank Fraud

Original Sentence: 24 months imprisonment and 36 months supervised release.

Type of Supervision: Supervised Release.        Date Supervision Commenced: November 5, 2010

## STATUS REPORT

U.S. Probation Officer Action:

On December 22, 2008, the offender was sentenced by Your Honor to twenty-four months imprisonment and three years supervised release. The following special conditions were imposed: mental health treatment, employment restrictions, financial disclosure, DNA testing, and no new debt/credit. He was also ordered to pay a $200 special assessment and $12,487,227.51 restitution.

Mr. Ellis currently resides in Newark, NJ. He has been employed since his release and is currently employed with Franciscan Charities Soup Kitchen. We believe that Mr. Ellis has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $9,686.25 ($147,891.41 has been paid in total by all of the co-defendants) towards his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Ellis's term of supervision to expire as scheduled on November 4, 2013.

Respectfully submitted,
By: Beth L. Neugass
Supervising U.S. Probation Officer
Date: October 8, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Concur with the recommendation of the U.S. Probation Office. Case to expire on November 4, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/10/13
Date